# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2080

_____

Coy Dale Treat,       *
      *
      Appellant,       *
      *    Appeal from the United States
      v.       *    District Court for the
      *    Western District of Missouri.
United States of America,       *
      *    [UNPUBLISHED]
      Appellee.       *

_____

Submitted: August 6, 2009
Filed: August 24, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Coy Treat filed a pro se civil complaint against the United States under the Federal Tort Claims Act (FTCA), asserting that he was attacked by another inmate and suffered injuries as a result of the negligence of a doctor at the Medical Center for Federal Prisoners and other prison personnel. The district court[1] granted summary judgment for the United States, and Treat appeals. Having reviewed the record de novo, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.